**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01576-CMA-CBS

JOSEPH MADRID,

     Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice

of Dismissal With Prejudice (Doc. # 7), it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or its own attorney's fees and costs.

DATED:  August __30__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge